**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00381-CV**
_____

**CLARK, LOVE, AND HUTSON, GP F/K/A CLARK BURNETT, Appellant**

**V.**

**TERESA GASKINS, AS NEXT FRIEND OF J. N., ET AL, Appellees**

**On Appeal from the 88th District Court**
**Hardin County, Texas**
**Trial Cause No. 57968**

**MEMORANDUM OPINION**

Clark, Love, and Hutson, GP f/k/a Clark Burnett, filed a motion to dismiss its appeal. *See* Tex. R. App. P. 42.1(a)(1). The motion was filed before the Court issued a decision in the appeal. The Court grants the motion and dismisses the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on April 26, 2023
Opinion Delivered April 27, 2023
Before Golemon, C.J., Horton and Johnson, JJ.

1